IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARCO PUENTE | § | |
| | § | |
| v. | § | CASE NO. 4:20-cv-1329 |
| | § | |
| BLAKE SHIMANEK and | § | |
| ANKIT TOMER | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Blake Shimanek and Ankit Tomer, and file this their NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS, and would respectfully show the Court as follows:

## I.
## DEFENSE COUNSEL

Blake Shimanek and Ankit Tomer have retained the undersigned counsel to represent them in the instant litigation. Please include on the docket sheet the following attorneys for such Defendants:

**ROBERT J. DAVIS**
State Bar No. 05543500
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
972/234-3400 (office)
972/234-1750 (telecopier)
bdavis@mssattorneys.com

**WHEREFORE, PREMISES CONSIDERED**, Defendants Blake Shimanek and Ankit

Tomer pray that the Court take notice of their retained counsel and that they have such other and

further relief, at law or in equity, to which they may show themselves entitled.

Respectfully submitted,

**MATTHEWS, SHIELS, KNOTT,
EDEN, DAVIS & BEANLAND, L.L.P.**

By:    /s/ *Robert J. Davis*
       **ROBERT J. DAVIS**
       State Bar No. 05543500
       bdavis@mssattorneys.com
       8131 LBJ Freeway, Suite 700
       Dallas, Texas 75251
       972/234-3400 (office)
       972/234-1750 (telecopier)

       **ATTORNEYS FOR DEFENDANTS
       BLAKE SHIMANEK and ANKIT TOMER**

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed the foregoing document with the clerk of the Court for the Northern District, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Scott H. Palmer and James P. Roberts.

       /s/ *Robert J. Davis*
       **ROBERT J. DAVIS**