IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:20-CV-01329</u>
2. Style of case: <u>MARCO PUENTE V. BLAKE SHIMANEK ET AL</u>
3. Nature of suit: <u>440 Civil Rights: Other Civil Rights</u>
4. Method of ADR used:   ☑ <u>Mediation</u>       ☐ Mini-Trial       ☐ Summary Jury Trial
5. Date ADR session was held: <u>1/22/2021</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
    ☑ **<u>Settled as a result of ADR.</u>**         ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$3,500.00</u>
8. Duration of ADR: <u>FULL DAY</u> (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
    (Provider)

    James J. Juneau, Mediator                    Mark Hafner, Keller City Manager
    Marco Puente & Dillon Puente, Plaintiff & son    Stan Lowery, Keller City Attorney
    Scott H. Palmer, Esq., Plaintiff counsel          Brad Fortune, Keller Police Chief
    James P. Roberts, Esq., Plaintiff counsel         Imelda Torres, TML IRP
    Robert J. Davis, Esq., Defense counsel

    *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*James J. Juneau*
Signature                                            January 24, 2021
                                                     Date

<u>12001 N. Central Expressway, Suite 650, Dallas, Texas  75243</u>   <u>(214)303-4500</u>
Address                                              Telephone

**Scott H. Palmer, Esq.**
**James P. Roberts, Esq.**
Scott H. Palmer PC
15455 Dallas Parkway, Suite 540
Addison, TX  75001
(214) 987-4100
(214) 922-9900

**Robert J. Davis, Esq.**
Matthews Shiels Pearce Knott Eden Davis LLP
8131 LBJ Freeway, Suite 700
Dallas, TX  75251
(972) 234-3400
(972) 234-1750