IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARCO PUENTE § | |
| § | |
| v. § | CASE NO. 4:20-cv-1329 |
| § | |
| BLAKE SHIMANEK and § | |
| ANKIT TOMER § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE COURT:

Plaintiff Marco Puente and Defendants Blake Shimanek and Ankit Tomer (collectively, the "Parties"), through their attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, file this Stipulation of Dismissal with respect to Plaintiff's claims against Defendants. The Parties hereby stipulate to the **dismissal with prejudice** of all claims asserted by Plaintiff against the Defendants in this lawsuit. The Parties further stipulate that Plaintiff and the Defendants shall each bear their own costs and attorney's fees.

Respectfully submitted,

  _/s/ Scott H. Palmer_____
Scott H. Palmer
Texas Bar No. 00797196
scott@scottpalmerlaw.com

James P. Roberts
Texas Bar No. 24105721
james@scottpalmerlaw.com

SCOTT H. PALMER, P.C.
15455 Dallas Parkway,
Suite 540, LB 32
Dallas, Texas 75001
Tel: (214) 987-4100
Fax: (214) 922-9900
*Attorneys for Plaintiff*

      /s/ Robert. J. Davis
Robert J. Davis
Texas Bar No. 05543500
Matthews, Shiels, Knott, Eden, Davis & Beanland, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, Texas 75251
bdavis@mssattorneys.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on January 29, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the CM/ECF electronic case filing system of the court. The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. I further certify that I have served to the extent applicable all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/ *Scott H. Palmer*
Scott H. Palmer